## JOSEPH HILL *v.* COMMISSIONER OF CORRECTION

The petitioner Joseph Hill's petition for certification for appeal from the Appellate Court, 103 Conn. App. 641 (AC 27485), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Anthony E. Parent*, special public defender, in support of the petition.

*Denise B. Smoker*, senior assistant state's attorney, in opposition.

Decided October 10, 2007